## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE MEDICAL PROTECTIVE COMPANY,<br>5814 Reed Road<br>Fort Wayne, IN 46835<br>Plaintiff | :<br>:<br>:<br>: |
| v. | :<br>: |
| PATRICIA F. ARNETT, D.O.<br>901 E. Brady Street, Suite 100<br>Butler, PA 16001 | :<br>:<br>:<br>: |
| and | :<br>: |
| RONALD L. CYPHER, M.D.<br>901 E. Brady Street, Suite 100<br>Butler, PA 16001 | : C.A. No. 11-cv-00653<br>:<br>:<br>: |
| and | :<br>: |
| ADVANCED OB/GYN ASSOCIATES, P.C.<br>901 E. Brady Street, Suite 100<br>Butler, PA 16001 | :<br>:<br>:<br>: |
| Defendants | : |

## STIPULATION FOR ENTRY OF JUDGMENT

The parties stipulate and agree as follows:

1. The Medical Protective Company has no duty to defend or indemnify the above-named defendants in the civil action of *Drake et al. v. Arnett et al.* pending in the Court of Common Pleas of Butler County, Pennsylvania at No. 08-12179, as there is no coverage for said defendants for the claims against them in said Butler County action under insurance policies issued by The Medical Protective Company.

2.    Judgment shall be entered in favor of the Medical Protective Company and

against defendants in the present action at C.A. No. 11-cv-00653.

3.    Each party shall bear its own costs.

Dated: September 21, 2011

MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP

Craig E. Ziegler
PA Id. No. 33148
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
(215) 772-1500
(215) 772-7620 (Fax)
(cziegler@mmwr.com)

*Attorneys for Plaintiff,*
*The Medical Protective Company*

Dated: Sept. 6, 2011

TUCKER ARENSBERG, P.C.

Gary P. Hunt
1500 One PPG Place
Pittsburgh, PA 15222
(412) 594-5518
(412) 594-5619 (Fax)
ghunt@tuckerlaw.com

*Attorneys for Defendants,*
*Patricia F. Arnett, D.O.,*
*Ronald L. Cypher, M.D. and*
*Advanced OB/GYN Associates, P.C.*

-2-

AND NOW, this 26 day of _____Sept_____, 2011, it is hereby ORDERED and
DECREED that the foregoing stipulation is approved and is adopted as a judgment of the Court.

_____
                                                           J.